JONES *et al. v.* HEARST CONSOLIDATED PUBLICATIONS INC.

GRICE, Justice. 1. A writing between a typographical union of the one part and three named publishers of daily newspapers of the other part, containing various provisions regarding hours of employment, wages, working conditions, adjustment of differences, and other similar matters, being what is usually termed a collective-bargaining agreement, and containing nothing more definite or certain as to employment of individuals who were members of the union than that "this contract and scale of prices shall, unless changed by mutual consent, be in effect from June 6th, 1938, to September 30th, 1940, inclusive," and that "The publishers agree to employ or retain in employment only journeymen and apprentice members of the union in good standing, to perform the work in their respective composing rooms," did not amount to a contract for employment of any particular individual for any period of time, and furnished no basis for a suit by individual members of the union against one of such publishers for wages claimed to be due for a period of time stated, where it appears that the publishing company had discontinued business, and that the plaintiffs had not been actually employed for the period for which wages were claimed.

2. The petition, failing to show any promise on the part of the defendant to employ or to retain in its employment any particular member or members of the union for any period of time, was insufficient to state a cause of action for recovery of wages, and this being the only matter complained of by the plaintiffs, the petition was properly dismissed on general demurrer.     *Judgment affirmed.   All the Justices concur.*

No. 13423.   SEPTEMBER 24, 1940.

*Charles E. Markeles* and *H. C. Holbrook*, for plaintiffs.
*Hirsch, Smith & Kilpatrick, Welborn B. Cody*, and *D. F. Mc-Clatchey*, for defendant.